## FRANCE *v.* FRANCE.

After the dissolution, on answer, of an injunction restraining proceedings in an eject-
ment, a replication was filed by the complainant, and testimony taken on both sides,
and the cause noticed for hearing. The Court refused to hear a motion for the
renewal of the injunction on the testimony.

On the filing of the bill an injunction had been allowed, re-
straining the defendant from further prosecuting an ejectment.
On the answer, and argument, the injunction was dissolved. The
complainant filed a replication; and testimony was taken on
both sides; and the cause noticed for hearing.

*Mr. Shipman,* for the complainant, made an application, on
notice, for a renewal of the injunction, on the facts as they ap-
peared in evidence, proposing to read the testimony taken in the
cause in support of the application; and stating, that, unless
the injunction were renewed, the ejectment would be tried, and
the complainant be turned out of possession, before the cause in
this Court could be heard.

*S. G. Potts* opposed the application, and submitted that the
Court would not hear the testimony read for the purpose pro-
posed.

The Court refused to hear the motion.